Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  22−16199−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   April Mossman
   aka April L. Mossman
   164 E. Tenth Avenue
   Pine Hill, NJ 08021

Social Security No.:
   xxx−xx−9656

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              10/5/22
Time:              10:00 AM
Location:           4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: August 8, 2022
JAN:

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
April Mossman  
    Debtor

Case No. 22-16199-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Aug 08, 2022      Form ID: 132      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | April Mossman, 164 E. Tenth Avenue, Pine Hill, NJ 08021-6308 |
| 519675707 | + | Comenitybank/trwrdsv/peebles, Attn: Bankruptcy, Po Box 182125, Columbus OH 43218-2125 |
| 519675716 | | Rancocas Anesthesiology, PO Box 4603, Lancaster PA 17604-4603 |
| 519675720 | + | Sklar Law LLC, 20 BRACE ROAD SUITE 205, Cherry Hill NJ 08034-2634 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 08 2022 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 08 2022 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519675700 | ^ | MEBN | Aug 08 2022 20:34:59 | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise FL 33345-9079 |
| 519675701 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 08 2022 20:35:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa FL 33634-2413 |
| 519675702 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 08 2022 20:49:16 | Brand Source/Citi Bank, Attn: Bankruptcy, Po Box 6403, Sioux Falls SD 57117-6403 |
| 519675704 | + | Email/Text: BKPT@cfna.com | Aug 08 2022 20:35:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, Po Box 81315, Cleveland OH 44181-0315 |
| 519675703 | + | Email/Text: ngisupport@radiusgs.com | Aug 08 2022 20:35:00 | Central Credit Services, LLC, Attn: Bankruptcy, 9550 Regency Square Blvd, Ste 500 A, Jacksonville FL 32225-8169 |
| 519675706 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 08 2022 20:49:16 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis MO 63179-0034 |
| 519675708 | | Email/Text: mrdiscen@discover.com | Aug 08 2022 20:35:00 | Discover Bank, 6500 New Albany Road East, New Albany OH 43054 |
| 519675709 | + | Email/Text: mrdiscen@discover.com | Aug 08 2022 20:35:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany OH 43054-3025 |
| 519675710 | + | Email/Text: EBN@edfinancial.com | Aug 08 2022 20:35:00 | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville TN 37930-6008 |
| 519675705 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 08 2022 20:38:14 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth TX 76101 |
| 519675711 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 08 2022 20:49:15 | LVNV Funding LLC, 15 South Main Street, Suite 500, Greenville SC 29601-2769 |
| 519675712 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 08 2022 20:36:00 | Navy FCU, 820 Follin Lane Se, Vienna VA 22180-4907 |

Case 22-16199-JNP    Doc 7    Filed 08/10/22    Entered 08/11/22 00:11:29    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 08, 2022 | Form ID: 132 | Total Noticed: 27 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519675713 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 08 2022 20:36:00 | Navy Federal Cu, Attn: Bankruptcy, P.O. Box 3000, Merrifield VA 22119-3000 |
| 519675714 | | Email/Text: signed.order@pfwattorneys.com | Aug 08 2022 20:35:00 | Pressler, Felt & Warshaw LLP, Attorneys at Law, 7 Entin Road, Parsippany NJ 07054 |
| 519675715 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 08 2022 20:36:00 | Quicken Loans, 1050 Woodward Ave, Detroit MI 48226-3573 |
| 519675717 | | Email/Text: joey@rmscollect.com | Aug 08 2022 20:36:00 | Receivable Management Inc, 7206 Hull Road, Suite 211, Richmond VA 23235 |
| 519675718 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 08 2022 20:38:57 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville SC 29603-0497 |
| 519675719 | + | Email/Text: bankruptcy@rubinrothman.com | Aug 08 2022 20:35:00 | Rubin & Rothman LLC, 1787 Veterans Memorial Highway, Islandia NY 11749-1500 |
| 519676342 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 08 2022 20:38:47 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519675721 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 08 2022 20:38:33 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 519675722 | + | Email/Text: bkelectronicnotices@usaa.com | Aug 08 2022 20:35:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio TX 78288-1600 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 10, 2022          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Isabel C. Balboa | ecfmail@standingtrustee.com   summarymail@standingtrustee.com |
| Kimberly A. Wilson | on behalf of Debtor April Mossman k_wilsonlaw@comcast.net   courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3