| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Joseph J. Rogers, Esquire (JJR1185)<br>Washington Professional Campus<br>900 Route 168, Suite I-4<br>Turnersville, NJ 08012<br>(856) 228-7964; Fax (856) 228-7965 |

| | |
|---|---|
| In Re:   April Mossman | Chapter  13 |
| Debtor | Case Number: 22-16199 JNP |
| | Judge: Jerrold N. Poslusny Jr. |

## WITHDRAWAL OF DOCUMENT NO. 18  CHAPTER 13 MODIFIED PLAN FILED ON NOVEMBER 26, 2022

I, Joseph J. Rogers, Esq., counsel to Debtor, April Mossman , hereby withdraw document no. 18 , Chapter 13 modified Plan,  filed on November 26, 2022 in the above referenced  manner.

Dated: December 7, 2022          /s/ Joseph J. Rogers, Esquire
                                 Joseph J. Rogers, Esquire