UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Rocket Mortgage, LLC

In Re:

April Mossman,

Debtor.

Case No.:    22-16199-JNP

Chapter:    13

Hearing Date:    12/21/2022

Judge:    Poslusny

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 21)

_____

Date: 12/20/2022

/s/ Denise Carlon
Signature

*rev.8/1/15*