Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  22−16199−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   April Mossman
   aka April L. Mossman
   164 E. Tenth Avenue
   Pine Hill, NJ 08021

Social Security No.:
   xxx−xx−9656

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 16, 2023.

Dated: February 16, 2023
JAN:

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-16199-JNP
April Mossman  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 3
Date Rcvd: Feb 16, 2023  Form ID: plncf13  Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | April Mossman, 164 E. Tenth Avenue, Pine Hill, NJ 08021-6308 |
| 519675707 | + | Comenitybank/trwrdsv/peebles, Attn: Bankruptcy, Po Box 182125, Columbus OH 43218-2125 |
| 519675716 | | Rancocas Anesthesiology, PO Box 4603, Lancaster PA 17604-4603 |
| 519675720 | + | Sklar Law LLC, 20 BRACE ROAD SUITE 205, Cherry Hill NJ 08034-2634 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 16 2023 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 16 2023 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519675700 | ^ | MEBN | Feb 16 2023 20:41:24 | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise FL 33345-9079 |
| 519675701 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 16 2023 20:42:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa FL 33634-2413 |
| 519675702 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2023 20:54:37 | Brand Source/Citi Bank, Attn: Bankruptcy, Po Box 6403, Sioux Falls SD 57117-6403 |
| 519675704 | + | Email/Text: BKPT@cfna.com | Feb 16 2023 20:42:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, Po Box 81315, Cleveland OH 44181-0315 |
| 519675703 | + | Email/Text: ngisupport@radiusgs.com | Feb 16 2023 20:42:00 | Central Credit Services, LLC, Attn: Bankruptcy, 9550 Regency Square Blvd, Ste 500 A, Jacksonville FL 32225-8169 |
| 519675706 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2023 20:54:15 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis MO 63179-0034 |
| 519675708 | | Email/Text: mrdiscen@discover.com | Feb 16 2023 20:42:00 | Discover Bank, 6500 New Albany Road East, New Albany OH 43054 |
| 519679579 | | Email/Text: mrdiscen@discover.com | Feb 16 2023 20:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519675709 | + | Email/Text: mrdiscen@discover.com | Feb 16 2023 20:42:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany OH 43054-3025 |
| 519675710 | + | Email/Text: EBN@edfinancial.com | Feb 16 2023 20:42:00 | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville TN 37930-6008 |
| 519704745 | + | Email/Text: EBN@edfinancial.com | Feb 16 2023 20:42:00 | Edfinancial on behalf of US Dept. of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 519675705 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 16 2023 20:54:20 | Chase Auto Finance, Attn: Bankruptcy, Po Box |

Case 22-16199-JNP    Doc 29    Filed 02/18/23    Entered 02/19/23 00:13:58    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 16, 2023 | Form ID: plncf13 | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| | | | | 901076, Fort Worth TX 76101 |
| 519675711 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 16 2023 20:54:13 | LVNV Funding LLC, 15 South Main Street, Suite 500, Greenville SC 29601-2769 |
| 519680615 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 16 2023 20:54:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519675712 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 16 2023 20:43:00 | Navy FCU, 820 Follin Lane Se, Vienna VA 22180-4907 |
| 519678852 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 16 2023 20:43:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 519675713 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 16 2023 20:43:00 | Navy Federal Cu, Attn: Bankruptcy, P.O. Box 3000, Merrifield VA 22119-3000 |
| 519675714 | | Email/Text: signed.order@pfwattorneys.com | Feb 16 2023 20:42:00 | Pressler, Felt & Warshaw LLP, Attorneys at Law, 7 Entin Road, Parsippany NJ 07054 |
| 519685870 | + | Email/Text: joey@rmscollect.com | Feb 16 2023 20:43:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 519675715 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 16 2023 20:43:00 | Quicken Loans, 1050 Woodward Ave, Detroit MI 48226-3573 |
| 519675717 | | Email/Text: joey@rmscollect.com | Feb 16 2023 20:43:00 | Receivable Management Inc, 7206 Hull Road, Suite 211, Richmond VA 23235 |
| 519675718 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 16 2023 20:54:14 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville SC 29603-0497 |
| 519688913 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 16 2023 20:43:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519675719 | + | Email/Text: bankruptcy@rubinrothman.com | Feb 16 2023 20:42:00 | Rubin & Rothman LLC, 1787 Veterans Memorial Highway, Islandia NY 11749-1500 |
| 519676342 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 16 2023 20:54:33 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519675721 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 16 2023 20:54:24 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 519675722 | + | Email/Text: bkelectronicnotices@usaa.com | Feb 16 2023 20:42:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio TX 78288-1600 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 18, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joseph J. Rogers | on behalf of Debtor April Mossman jjresq@comcast.net jjrogers0507@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4