| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Barbara J. Snavely, Esquire (BJS5526)<br>900 Route 168, Suite I-4<br>Turnersville, NJ 08012<br>(856) 228-7964; Fax (856) 228-7965 | Order Filed on August 29, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>      April Mossman | Case Number: 22-16199/JNP<br><br>Judge:  Jerrold N. Poslusny, Jr. |

### ORDER GRANTING MOTION TO SUSPEND TRUSTEE PAYMENTS

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: August 29, 2023**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s):April Mossman
Case No.: 22-16199/ JNP
Caption of Order:  ORDER GRANTING MOTION TO SUSPEND TRUSTEE PAYMENTS

THIS MATTER having come before the Court by the Debtor, April Mossman, by and through counsel, Barbara J. Snavely, Esquire, for an Order granting her Motion to Suspend Trustee Payments, and having been proposed to creditors after confirmation and it appearing that the applicable provisions of the Bankruptcy Code having been complied with, and the Court having considered the matter, and for good cause,

ORDERED that April Mossman shall be and hereby are granted her Motion to Suspend her Trustee payments for four (4) months (from September 1, 2023 through December 31, 2023).

ORDERED that the Debtor's case is allowed to continue at $2,875.00 total receipts applied to plan, then $381.00 per month for the remaining forty-four (44) months commencing January 1, 2024 for a total of sixty  (60) months. The debtor's confirmed plan included a provision to refinance her real property in December, 2024 and this provision shall remain in place along with the reinstatement of plan payments.

IT IS FURTHER ORDERED that the terms of the February 16, 2023, confirmation order at Doc. No 27 shall remain in effect except those terms expressly modified by the two preceding paragraphs of this Order.