| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Barbara J. Snavely, Esquire (BJS5526)<br>900 Route 168, Suite I-4<br>Turnersville, NJ 08012<br>(856) 228-7964; Fax (856) 228-7965 | Order Filed on August 29, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>     April Mossman | Case Number: 22-16199/JNP<br><br>Judge: Jerrold N. Poslusny, Jr. |

### ORDER GRANTING MOTION TO SUSPEND TRUSTEE PAYMENTS

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: August 29, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s):April Mossman
Case No.: 22-16199/ JNP
Caption of Order:  ORDER GRANTING MOTION TO SUSPEND TRUSTEE PAYMENTS

THIS MATTER having come before the Court by the Debtor, April Mossman, by and through counsel, Barbara J. Snavely, Esquire, for an Order granting her Motion to Suspend Trustee Payments, and having been proposed to creditors after confirmation and it appearing that the applicable provisions of the Bankruptcy Code having been complied with, and the Court having considered the matter, and for good cause,

ORDERED that April Mossman shall be and hereby are granted her Motion to Suspend her Trustee payments for four (4) months (from September 1, 2023 through December 31, 2023).

ORDERED that the Debtor's case is allowed to continue at $2,875.00 total receipts applied to plan, then $381.00 per month for the remaining forty-four (44) months commencing January 1, 2024 for a total of sixty  (60) months. The debtor's confirmed plan included a provision to refinance her real property in December, 2024 and this provision shall remain in place along with the reinstatement of plan payments.

 IT IS FURTHER ORDERED that the terms of the February 16, 2023, confirmation order at Doc. No 27 shall remain in effect except those terms expressly modified by the two preceding paragraphs of this Order.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-16199-JNP
April Mossman  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2
Date Rcvd: Aug 31, 2023     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | April Mossman, 164 E. Tenth Avenue, Pine Hill, NJ 08021-6308 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Barbara J. Snavely | on behalf of Debtor April Mossman jjresq1@comcast.net |
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Aug 31, 2023 | Form ID: pdf903 | Total Noticed: 1
TOTAL: 5