Printed on: 01/02/2024    Page 1 of 2
ANDREW B. FINBERG [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 22-16199 (JNP)

April Mossman
164 East Tenth Avenue
Pine Hill, NJ  08021

Monthly Payment: $394.00
Payments / Month: 1
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/02/2023 | $350.00 | 03/01/2023 | $350.00 | 04/03/2023 | $350.00 | 05/02/2023 | $350.00 |
| 06/01/2023 | $350.00 | 07/05/2023 | $350.00 | 08/01/2023 | $350.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | APRIL MOSSMAN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | KIMBERLY A. WILSON, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | BARBARA J. SNAVELY, ESQUIRE | 13 | $4,250.00 | $2,603.30 | $1,646.70 | $2,603.30 |
| 0 | BARBARA J. SNAVELY, ESQUIRE | 13 | $500.00 | $0.00 | $500.00 | $0.00 |
| 1 | ACCOUNT RESOLUTION SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | BANK OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | BRAND SOURCE/CITI BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CFNA/CREDIT FIRST NATL ASSOC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CENTRAL CREDIT SERVICES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CHASE AUTO FINANCE | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | LVNV FUNDING, LLC | 33 | $499.96 | $0.00 | $499.96 | $0.00 |
| 8 | COMENITYBANK/TRWRDSV/PEEBLES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | DISCOVER BANK | 33 | $2,695.94 | $0.00 | $2,695.94 | $0.00 |
| 10 | DISCOVER FINANCIAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | EDFINANCIAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | LVNV FUNDING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $18,957.51 | $0.00 | $18,957.51 | $0.00 |
| 14 | NAVY FEDERAL CU | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | PRESSLER, FELT & WARSHAW LLP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | ROCKET MORTGAGE, LLC | 24 | $471.91 | $0.00 | $471.91 | $0.00 |
| 17 | RANCOCAS ANESTHESIOLOGY, P.A. | 33 | $337.60 | $0.00 | $337.60 | $0.00 |
| 18 | PATIENT FIRST | 33 | $218.76 | $0.00 | $218.76 | $0.00 |
| 19 | RESURGENT CAPITAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | RUBIN & ROTHMAN LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | SKLAR LAW LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | SYNCHRONY BANK/LOWES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | USAA FEDERAL SAVINGS BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 26 | KIMBERLY A. WILSON | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 09/01/2022 | 15.00 | $0.00 |
| 12/01/2023 | Paid to Date | $2,875.00 |
| 01/01/2024 | 44.00 | $394.00 |
| 09/01/2027 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $2,450.00 |
| Total paid to creditors this period: | $2,603.30 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $394.00 |
| Attorney: | BARBARA J. SNAVELY, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**